FILED
2022 OCT 11 AM 8:42
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAQUAN FUDGE, | : | |
| *Plaintiff*, | : | |
| v. | : | CIVIL ACTION |
| MOUNTAIN RUN SOLUTIONS, LLC, | : | No. 21-2671 |
| *Defendant.* | : | 2:22-MC-00650 |

## ORDER

**AND NOW**, this 8th day of December 2021, upon consideration of Plaintiff Daquan Fudge's Motion for Default Judgment (ECF No. 14) and Defendant Mountain Run Solutions, LLC's lack of opposition thereto, and for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 14) is **GRANTED**.

It is **FURTHER ORDERED** that **FINAL JUDGMENT** is entered in favor of Plaintiff Daquan Fudge and against Defendant Mountain Run Solutions, LLC in the total amount of $5,508.25, comprising an award of statutory damages of $1,000.00 and a grant of $4,508.25 in attorneys' fees and costs.

The Clerk of the Court shall close this matter.

CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD
Oct/5/2022
By: /s/ *Steve Tomas*
Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

BY THE COURT

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**